UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. 1:08CV18 HEA |
| LEONARD LINDSEY SMITH, | ) ) | |
| Defendant, | ) | |

**OPINION, MEMORANDUM AND ORDER**

This matter is before the Court on the Report and Recommendation, of Magistrate Judge Lewis M. Blanton that the Motion to Suppress Evidence and Statements, [Doc. 31], be denied. Defendant has not filed any objections to the Report and Recommendation within the prescribed time period.

After careful consideration, the Court will adopt and sustain the sound reasoning of Judge Blanton as set forth in his May 29, 2008 Report and Recommendation.

Accordingly,

**IT IS HEREBY ORDERED** that the Motion to Suppress Evidence and Statements, [Doc. 31], is **DENIED**.

Dated this 17th day of June, 2008.

_____
HENRY EDWARD AUTREY
UNITED STATES DISTRICT JUDGE